**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE MARLENE A. PENROD,**<br><br>　　Debtor.<br><br>―――――――――――――――――<br><br>**MARLENE A. PENROD,**<br><br>　　Appellant,<br><br>　　vs.<br><br>**AMERICREDIT FINANCIAL SERVICES, INC.,**<br><br>　　Appellee. | Case No.: 12-CV-01548 YGR<br><br>**ORDER REMANDING ACTION TO BANKRUPTCY COURT** |

In light of the Ninth Circuit Court of Appeals' decision reversing and remanding for a determination of a reasonable fee award (Dkt. No. 20), and the Mandate effectuating same (Dkt. No. 24), the Court hereby **REMANDS** this action to the Bankruptcy Court to determine a reasonable fee award.

**IT IS SO ORDERED**.

Dated: January 5, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**